**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

RADLEY J. BRADFORD, individually, and
on behalf of all others similarly situated,

    Plaintiff,

v.

THE CBE GROUP, INC.,

    Defendant.

Case No. 4:20-cv-04389

## STIPULATION OF DISMISSAL

    Plaintiff, RADLEY J. BRADFORD, and Defendant, THE CBE GROUP, INC., by and

through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate

to a dismissal with prejudice of Plaintiff's individual claims against THE CBE GROUP, INC.. The

parties further stipulate to the dismissal of the class claims without prejudice pursuant to Fed. R.

Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: December 13, 2021

RADLEY J. BRADFORD

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Phone: (630) 575-8180
mbadwan@sulaimanlaw.com
Attorney for Plaintiff

Respectfully Submitted,

THE CBE GROUP, INC.

*/s/ Jacob Michael Bach (with consent)*
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
JACOB MICHAEL BACH
Texas State Bar No. 24100919
Email: jbach@mamlaw.com
MALONE FROST MARTIN PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

## CERTIFICATE OF SERVICE

I, Mohammed O. Badwan, an attorney, certify that on December 13, 2021, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

/s/ *Mohammed O. Badwan*